**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Odebrecht Offshore Drilling Finance Limited |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___<br>☑ Other MC - 277889. Describe identifier Cayman Tax Re. No / Tax ID<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Rogerio Luis Murat Ibrahim |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | N/A – Foreign Representative was appointed by board resolution |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>A certified copy, translated into English, of the Initial Court Order and Authorizing Resolutions (each as defined in and attached to the Foreign Representative Declaration). |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) (See the Foreign Law Declaration filed substantially concurrently herewith.)<br>☐ Yes |

Debtor **Odebrecht Offshore Drilling Finance Limited**
Name

Case number (*if known*)_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

South Church Street
Number       Street

309 GT, Ugland House
P.O. Box

Grand Cayman
City       State/Province/Region       ZIP/Postal Code

Cayman Islands
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City       State/Province/Region       ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Avenida Cidade de Lima, nº 86
Number       Street

Offices 501 and 502
P.O. Box

Santo Cristo, 20.220-710
City       State/Province/Region       ZIP/Postal Code

Rio de Janeiro, Brazil
Country

10. **Debtor's website** (URL)    https://www.ocyan-sa.com/

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　☐ Partnership

　☐ Other. Specify: _____

☐ Individual

| Debtor | Odebrecht Offshore Drilling Finance Limited | Case number (if known) _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Rogerio Luis Murat Ibrahim          Rogerio Luis Murat Ibrahim
Signature of foreign representative        Printed name

Executed on   04/11/2023
              MM / DD / YYYY

✗ _____          _____
Signature of foreign representative        Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eli J. Vonnegut                     Date   04/11/2023
Signature of Attorney for foreign representative       MM / DD / YYYY

Eli J. Vonnegut
Printed name

Davis Polk & Wardwell LLP
Firm name

450 Lexington Avenue
Number      Street

New York                              NY           10017
City                                  State        ZIP Code

(212) 450-4000                        eli.vonnegut@davispolk.com
Contact phone                         Email address

4610515                               NY
Bar number                            State